# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PDVSA PETROLEO S.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 2:09-cv-00038 |
| | § | |
| TRIGEANT, LTD., | § | |
| BTB REFINING, L.L.C., and | § | |
| HARRY SARGEANT, III, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Following a bench trial, the Court entered Findings of Fact and Conclusions of Law. (D.E. 239.) The Court now enters final judgment in this matter.

It is ORDERED that the Substitute Trustee's Sale conducted by C. M. Henkell, III, Substitute Trustee, pursuant to the terms of the Deed of Trust on March 4, 2008 (the "Sale"), and the Substitute Trustee's Deed dated March 4, 2008, executed by C. M. Henkell, III, Substitute Trustee, in favor of BTB Refining, LLC ("Buyer") in connection with the Sale, and recorded on March 4, 2008, at Document No. 2008009957, in the Official Public Records of Nueces County, Texas (the "Deed"), conveying, among other property, the real property described on the Exhibit "A" attached to this Judgment are hereby declared to be and deemed void with the same effect as if the Sale had not occurred and the Substitute Trustee's Deed had not been executed and delivered and recorded.

It is further ORDERED that each of the following documents (collectively, the "Reinstated Documents"), including all indebtedness and obligations evidenced and/or secured

thereby and all rights and obligations of the parties thereto, are reinstated as of March 4, 2008, and declared to be in full force and effect as of the date of this Judgment:

(a) Senior Secured Term A Note dated December 15, 2006, executed by Trigeant, Ltd. and Swordfish Asphalt Investments, LLC (collectively, the "Borrower") and payable to American Capital Strategies, Ltd. in the original principal amount of $22,000,000, issued by the Borrower (the "Note") pursuant to the Credit Agreement (hereinafter defined) and assigned to BTB Refining, LLC pursuant to the Assignment and Acceptance (hereinafter defined);

(b) Deed of Trust, Security Agreement, Assignment of Leases and Rents and Fixture Filing dated December 15, 2006, executed by Trigeant, Ltd. in favor of Atwood Jeter, Trustee, for the benefit of American Capital Financial Services, Inc., as administrative and collateral agent for the lenders defined therein, recorded at Document No. 2006066626 in the Official Public Records of Nueces County, Texas (the "Deed of Trust"), covering, among other property, the real property described on Exhibit "A" attached to this Judgment, securing, among other indebtedness, the indebtedness evidenced by the Note, and assigned to BTB Refining, LLC pursuant to the Assignment and Acceptance Agreement (hereinafter defined) and the Transfer of Liens (hereinafter defined);

(c) Credit Agreement, dated December 15, 2006 by and among the Borrower, American Capital Financial Services, Inc., as administrative and collateral agent, and the lenders signatory thereto, as amended (the "Credit Agreement"), and as assigned to BTB Refining, LLC pursuant to the hereinafter defined Assignment and Acceptance;

(d) Assignment and Acceptance dated effective December 28, 2007, by and among the lenders, ACRS Business Loan Trust 2007-2 and ACS Funding Trust I, as Assignors, joined by American Capital Financial Services, Inc. as Agent, for the lenders under the Credit Agreement, and BTB Refining, LLC, as Assignee (the "Assignment and Acceptance"); and

2

(e) Transfer of Liens dated effective as of December 28, 2007 from, and executed by ACAS Business Loan Trust 2007-2, ACS Funding Trust I, American Capital Financial Services, Inc. and American Capital Strategies, Ltd. to and in favor of BTB Refining, LLC, and recorded on January 12, 2008, at Document No. 2008006264, in the Official Public Records of Nueces County, Texas (the "Transfer of Liens").

It is further ORDERED that the amount of the debt evidenced by and payable under the Note as of the date of this Judgment is $22,565,193.55 (the "Debt"), which is the amount of BTB Refining, LLC's credit bid at the March 4, 2008 foreclosure sale of the Corpus Christi refinery.

It is further ORDERED that all interest, costs, attorney fees, or other amounts due to BTB Refining, LLC under the Reinstated Documents are frozen as of March 4, 2008 and will not continue to accrue until such time as this Judgment becomes final and non-appealable or a final mandate issues from the last appellate court of record.

It is further ORDERED that BTB Refining, LLC, or any successor or assignee of BTB Refining, LLC, is enjoined from any action to foreclose on the Corpus Christi refinery pursuant to the Reinstated Documents until such time as this Judgment becomes final and non-appealable or a final mandate issues from the last appellate court of record.

It is further ORDERED that Trigeant, Ltd. is enjoined from selling, assigning, or transferring title to the Corpus Christi refinery pursuant to the Reinstated Documents until such time as this Judgment becomes final and non-appealable or a final mandate issues from the last appellate court of record.

It is further ORDERED that PDVSA Petroleo S.A. is enjoined from taking any action to enforce its judgment or judgment lien against the Corpus Christi refinery until such time as this Judgment becomes final and non-appealable or a final mandate issues from the last appellate court of record.

3

All relief not expressly granted herein is denied.

Signed this 14th day of January 2013.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## DESCRIPTION OF PROPERTY

Being Five Fee Tracts and Five Easement Tracts out of a Berry Contracting Inc., 54.070 Acre Tract and out of the Alice Dunn 59.47 acre tract and each tract being more particularly described by metes and bounds as follows:

**Tract I:**

Being 10.503 acres of land, more or less, being the 10.50 acre tract recorded as Tract I in Volume 2144, Page 16, Deed Records of Nueces County, Texas, and also being Parcel "A" shown in Gunter Engineering Company survey drawing dated December 15, 1988, of the Berry Contracting, Inc., 54.070 acre tract recorded in Volume 1547, Page 373, Deed Records of Nueces County, Texas, and said 10.203 acre tract being more particularly described by metes and bounds as follows:

BEGINNING at a found 5/8 inch iron rod for the Southeast corner of this tract, said corner also being the Southeast corner of said 54.070 acre tract and lying on the North right-of-way of Up River Road;

THENCE, N 77° 15' 57" W, with the South boundary of this tract and the North right-of-way line of Up River Road, 221.64 feet, to a found 5/8 inch iron rod for the Southwest corner of this tract, said corner also being the Southeast corner of Parcel "C" of said 54.070 acre tract;

THENCE, N 20° 39' 56" W, with the common boundary between this tract and said Parcel "C", 94.65 feet, to a found 5/8 inch iron rod for a corner of this tract;

THENCE, N 36° 17' 51" E, with the common boundary of this tract and said Parcel "C", 1606.97 feet, to a found 5/8 inch iron rod set on the concrete foundation of a chain link fence post for the Northwest corner of this tract and the Southwest corner of Parcel "E" of said 54.070 acre tract;

THENCE, S 53° 42' 09" E, with the North boundary of this tract, 282.50 feet, to a found 5/8 inch iron rod for the Northeast corner of this tract;

THENCE, S 36° 17' 51" W, with the East boundary of this tract, 1570.00 feet, to the POINT OF BEGINNING and containing 10.503 acres of land, more or less.

**TRACT II:**

Being 5.780 acres of land, more or less, out of a 10.78 acre tract recorded as tract II in Volume 2144, Page 16, Deed Records of Nueces County, Texas, and said 10.78 acre tract being described as Parcel "B" shown in Gunter Engineering Company survey drawing dated December 15, 1988 of the Berry Contracting, Inc. 54.070 acre tract recorded in Volume 1547, Page 373, Deed

Records of Nueces County, Texas, and said 5.780 acre tract being more particularly described by metes and bounds as follows:

BEGINNING at a found 5/8 inch iron rod for the Southwest corner of this tract being on the North right-of-way of Up River Road and the South boundary of said 54.070 acre tract, said corner also being the Southeast corner of a 5.00 acre tract recorded in Document No. 804347, Official Public Records of Nueces County, Texas, and said corner bearing N 77° 15' 57" W, 663.10 feet, from a found 5/8 inch iron rod at the Southeast corner of said 54.070 acre tract;

THENCE, N 36° 17' 51" E, with the common boundary of this tract and said 5.00 acre tract, 996.08 feet, to a found 5/8 inch iron rod for the Northwest corner of this tract and the Northeast corner of said 5.00 acre tract said corner being on the South boundary of Parcel "D" of said 54.070 acre tract;

THENCE, S 61° 40' 41" E with the common boundary of this tract and said Parcel "D", 267.90 feet, to a found 5/8 inch iron rod for the Northeast corner of this tract, said corner being on the West boundary of Parcel "C" of said 54.070 acre tract;

THENCE, S 36° 17' 51" W with the common boundary of this tract and said Parcel "C", 828.52 feet, to a found 5/8 inch iron rod for a corner of this tract;

THENCE, S 59° 24' 22" W, and still with the common boundary of this tract and said Parcel "C", 118.92 feet, to a found 5/8 inch iron rod for the Southeast corner of this tract and said 10.78 acre tract said corner being on the North right-of-way line of Up River road and the South boundary of said 54.070 acre tract;

THENCE, N 77° 15' 57" W, with the South Boundary of this tract and the North right-of-way of Up River Road, 238.52 feet, to the POINT OF BEGINNING and containing 5.780 acres of land, more or less.

**TRACT III:**

Being 4.564 acres of land, more or less, out of the Alice Dunn 59.47 acre Tract out of the John Dunn Home Tract in the Charles and William Ohler Survey, and being a part of the Rincon Del Oso Grant to Enrique Villarreal, Abstract No. 1, in Nueces County, Texas, and this tract being a portion of a 5.00 acre tract recorded in Volume 1368, Page 1037, Deed Records of Nueces County, Texas, and being more particularly described by metes and bounds as follows:

BEGINNING at a 5/8 inch iron rod set for Northwest corner of this tract and said 5.00 acre tract, said corner being on the South right-of-way line of Up River Road and also being the Northeast corner of a Valero Refining Company 3.7531 acre tract recorded in Document No. 803000, Official Public Records of Nueces County, Texas;

THENCE, S 77° 16' 04" E with the South right-of-way line of Up River Road and the North boundary of this tract and said 5.00 acres tract, 232.46 feet, to a set 1-inch iron pipe for the

Northeast corner of this tract and said 5.00 acre tract and also the Northwest corner of a 3.65 acre tract recorded in Volume 1431, Page 105, Deed Records of Nueces County. Texas.

THENCE, S 0° 43' 40" E with the common boundary of this tract and said 5.00 acre tract and said 3.65 acre tract, 852.26 feet, to a found 5/8 inch iron rod for the Southeast corner of this tract;

THENCE, S 89° 16' 20" W with the South boundary of this tract, 226.08 feet, to a found 5/8 inch iron rod for the Southwest corner of this tract being on the common boundary of said 5.00 acre tract and said 3.7531 acre tract;

THENCE, N 0° 43' 40" W with the common boundary of this tract and said 5.00 acre tract and said 3.7531 acre tract, 906.34 feet, to the POINT OF BEGINNING and containing 4.564 acres of land, more or less.

**TRACT IV (Pipeline Use Agreement Easements)**

PARCEL 1: Intentionally Deleted.

PARCEL 2:

Being a tract of land along the Southerly, Westerly and a portion of the Northerly boundary line of Parcel "F", a 6.85 acre tract out of the Berry Contracting, Inc., 54.070 acre tract described in deed of record in Volume 1547, Page 373 of the Deed Records of Nueces County, Texas, said Tract being more particularly described by metes and bounds as follows, to-wit:

BEGINNING at the Southeast corner of said Parcel "F" whence the Northeast corner of said Berry Contracting, Inc., 54.070 acre tract bears N 36° 17' 56" E, a distance of 404.19 feet, for the Southeast corner of this tract, also being a point in the Easterly boundary line of said Berry Contracting, Inc., 54.070 acre tract;

THENCE, N 68° 23' 17" W, along the southerly boundary line of said Parcel "F" and along the Northerly boundary line of the right-of-way of the Missouri Pacific Railroad, a distance of 321.27 feet to the beginning point of a curve to the right;

THENCE, in a Northwesterly direction, along said curve to the right having a central angle of 04° 06' 32" a radius of 5459.94 feet and along the Southerly boundary line of said Parcel "F" and along the Northerly boundary line of the right-of-way of said Missouri Pacific Railroad, a distance of 391.55 feet to a point for the Southwest corner of this tract, also being the Southwest corner of said Parcel "F";

THENCE, N 36° 21' 20" E, along the Northwesterly boundary line of said Parcel "F", a distance of 448.26 feet to a point for the Northwest corner of this tract, also being the Northwest corner of said Parcel "F";

THENCE, S 63° 46' 33" E, along the Northerly boundary line of said Parcel "F", and along the Navigation District South Bulkhead Line, a distance of 35.00 feet to a point for the Northeast corner of this tract;

THENCE, S 26° 13' 27" W, a distance of 10.0 feet to a point for a Northerly Corner of this tract;

THENCE, N 63° 46' 33" W, parallel to and 10.0 feet from (measured at right angles) the Northerly boundary line of said Parcel "F", a distance of 31.71 feet to a point for an inside corner of this tract;

THENCE, S 36° 21' 20" W, parallel to and 5.00 feet from (measured at right angles) the Northwesterly boundary line of said Parcel "F", a distance of 110.74 feet to a point for an inside corner of this tract;

THENCE, S 53° 38' 40" E, a distance of 5.00 feet to a point for a corner of this tract;

THENCE, S 36° 21' 20" W, parallel to and 10.00 feet from (measured at right angles) the Northwesterly boundary line of said Parcel "F", a distance of 320.27 feet to a point for an inside corner of this tract;

THENCE, in a Southeasterly direction, along a curve to the left whose central angle is 03° 59' 25" and whose radius is 5453.94 feet, parallel to and 6.00 feet from (measured at right angles) the Southerly boundary line of said Parcel "F", a distance of 379.82 feet to a point for a corner of this tract;

THENCE, S 68° 23' 17" E, Parallel to and 6.00 feet from (measured at right angles) the Southerly boundary line of said Parcel "F", a distance of 322.84 feet to a point in the Easterly boundary line of said Parcel "F" for an Easterly corner of this tract;

THENCE, S 36° 17' 56" W, along the Easterly boundary line of said Parcel "F" and along the Easterly boundary line of said Berry Contracting, Inc., 54.070 acre tract, a distance of 6.20 feet to the POINT OF BEGINNING and containing 0.19 acres of land, more or less.

**TRACT V: (Easement Agreement Easements)**

EASEMENT NO. 1:

Being an easement along a portion of the Northerly boundary line and along the Westerly boundary line of parcel "F", a 6.85 acre tract out of the Berry Contracting, Inc., 54.070 acre tract described in Deed of Record in Volume 1547, Page 373 of the Deed Records of Nueces County, Texas, said easement being more particularly described by metes and bounds as follows, to-wit:

BEGINNING at the Northwest corner of Parcel "F" for the Northwest corner of this easement;

THENCE, S 63° 46' 33" E, along the Northerly boundary line of said Parcel "F", a distance of 35.00 feet to the Northeast corner of this easement;

THENCE, S 26° 13' 27" W, a distance of 12.0 feet to a Northeasterly corner of this easement;

THENCE, N 63° 46' 33" W, parallel to and 12 feet from the Northerly boundary line of said Parcel "F", a distance of 32.07 feet to an inside corner of this easement;

THENCE, S 36° 21' 20" W, 5 feet from and parallel to the Westerly boundary line of said Parcel "F", a distance of 108.71 feet to an inside corner of this easement;

THENCE, S 53° 38' 40" E, a distance of 5.00 feet to an Easterly corner of this easement;

THENCE, S 36° 21' 20" W, 10.0 feet from and from and parallel to the Westerly boundary line of said Parcel; "F", a distance of 328.51 feet to the Southeast corner of this Easement, also being a point in the Northerly boundary line of the right-of-way of the Missouri Pacific Railroad;

THENCE, in a Northwesterly direction, along a curve to the right with a central angle of 0° 06' 21" whose radius is 5459.94 feet and along the Northerly boundary line of the right-of-way of said Missouri Pacific Railroad, a distance of 10.09 feet to the Southwest corner of this easement, also being a point in the Westerly boundary line of said Parcel "F";

THENCE, N 36° 21' 20" E, along the Westerly boundary line of said Parcel "F", a distance of 448.26 feet to the PLACE OF BEGINNING and containing 0.10 acres of land, more or less.

EASEMENT NO. 2: Intentionally Deleted.

EASEMENT NO. 3: Intentionally Deleted.

EASEMENT NO. 4: Intentionally Deleted.

**TRACT VI (Road Use Agreement Easement): Intentionally Deleted.**

**TRACT VII (Rail Use Easement)**

Field Note description of the centerline of a Twenty foot (20) Railroad easement out of a 5.00 acre tract recorded in Volume 1368 page 1037, Deed Records, Nueces County, Texas, and a 3.65 acre tract recorded in Volume 1431, Page 1005, Deed Records, Nueces County, Texas.

COMMENCING at the common Southeast corner of said 5.00 acre tract and the Southwest corner of said 3.65 acre tract;

THENCE, along the common boundary line of said 5.00 acre tract and 3.65 acre tract, N 00° 38' 20" W, 19.33 feet to a point, said point being on the North line of 15.5 foot Railroad easement recorded in Volume 815, Page 348, Deed Records, Nueces County, Texas.

THENCE, along said Railroad Easement, S 53° 57' 10" E, 48.19 feet to a point, for the POINT OF BEGINNING;

THENCE, N 44° 00' 21" W, at 56.28 feet pass the common boundary line of said 5.00 acre tract and 3.65 acre tract, in all distance of 209.42 feet to a point;

THENCE, N 29° 59' 40" W, 106.09 feet to a point;

THENCE, N 16° 49' 07" W, 127.18 feet to a point;

THENCE, N 04° 06' 22" W, 85.30 feet to a point;

THENCE, N 00° 43' 40" W, 642.15 feet to a point, said point being on the North boundary line of said 5.00 acre tract and also being on the South right-of-way line of Up River Road and being S 77° 57' 30" E, 28.15 feet from the Northwest corner of said 5.00 acre tract, for the POINT OF TERMINUS.

The foregoing easement being the same easement as described in that certain Easement Agreement effective as of February 3, 1995, by and among Corpus Christi Grain Co., Berry Contracting, Inc., and Trifinery, a joint venture, which easement agreement is recorded as document No. 952247, Official Records of Nueces County, Texas on March 2, 1995.

**TRACT VIII:**

Commercial Road Crossing License by and between Pacific Railroad Company and Berry Contracting, Inc., filed for record under File Clerk's No. 991455, Volume 1546, Page 86, Deed Records of Nueces County, Texas, and assigned to Trifinery by Road Use Agreement files under Clerks File No. 649993, Volume 2144, Page 23, Deed Records of Nueces County, Texas.

**TRACT IX:**

Being 21.323 acres of land, more or less, out of a Berry Contracting, Inc. 54.070 acre, tract recorded in Volume 1547, Page 373, Deed records of Nueces County, Texas, and this 21.323 acre tract being more particularly described by metes and bounds as follows:

Being an easement along the Northerly and Westerly boundary lines of Parcel "B" shown as Exhibit "A" in a Deed Recorded in Volume 2144, pages 16-153 of the Deed Records of Nueces County, Texas, and being the same easement described as Exhibit C in Document No. 1996017270, Official Public Records of Nueces County, Texas, said easement being more particularly described by metes and bounds as follows:

Beginning at a found 5/8 inch iron rod for the most Northerly corner of said Parcel "B" for the most Northerly corner of this easement and the POINT OF BEGINNING;

THENCE, S 54° 12' 38" E, along the Northerly boundary line of said Parcel "B" a distance of 170.25 feet to a found 5/8 inch iron rod;

THENCE, S 61° 40' 41" E, along the Northerly boundary line of said Parcel "B" a distance of 81.33 feet to a set 5/8 inch iron rod for a point of division of said Parcel "B" into a 5.00 acre tract of land to the West and a 5.78 acre tract of land to the east for the most Easterly corner of this easement;

THENCE, S 36° 17' 51" W, along the division line of said 5.00 acre tract and 5.78 acre tract, a distance of 30.29 feet for the most Southerly corner of this easement;

THENCE, N 61° 40' 41" W, 30 feet from and parallel to the Northerly boundary of said Parcel "B" a distance of 79.08 feet to an angle point of this easement;

THENCE, N 54° 12' 38" W, 30 feet from and parallel to the Northerly boundary of said Parcel "B", a distance of 112.46 feet to an interior corner of this easement;

THENCE, S 36° 16' 31" W, 60 feet from and parallel to the Westerly boundary of said Parcel "B", a distance of 30.51 feet for a corner of this easement;

THENCE, N 53° 43' 29" W, a distance of 60.00 feet to appoint in the Westerly boundary line of said Parcel "B" for the most Westerly corner of this easement;

THENCE, N 36° 16' 31" E, a distance of 60.00 feet along the Westerly boundary line of said Parcel "B" to the POINT OF BEGINNING and containing 0.21 acres of land, more or less.

**TRACT X:**

Being 21.323 acres of land, more or less, out of a Berry Contracting, Inc. 54.070 acre, tract recorded in Volume 1547, Page 373, Deed Records of Nueces County, Texas, and this 21.323 acre tract being more particularly described by metes and bounds as follows:

BEGINNING at a found 5/8 inch iron rod at the intersection of the Easterly boundary line of said 54.070 acre tract with the Southerly boundary line of the right-of-way of the S.A. & U.S. Railroad (Now Missouri Pacific Railroad) for the Northeast corner of this tract and the POINT OF BEGINNING of this description;

THENCE, S 36° 17' 56" W, along the Easterly boundary line of said 54.070 acre tract, a distance of 887.16 feet to a found 5/8 inch iron rod for an inside corner of said 54.070 acre tract and this tract;

THENCE, N 53° 42' 09" W, a distance to 10.00 feet to a found 5/8 inch iron rod for an Easterly corner of this tract;

THENCE, S 36° 17' 51" W, a distance of 1606.97 feet to a found 5/8 inch iron rod for an Easterly corner of this tract;

THENCE, S 20° 39' 56" W, a distance, of 94.65 feet to a found 5/8 inch iron rod in the Northerly boundary line of the right-of-way of Up River Road and in the Southerly boundary line of said 54.070 acre tract, for the Southeast corner of this tract;

THENCE, N 77° 15' 57" W, along the Southerly boundary line of said 54.070 acre tract and along the Northerly boundary line of the right-of-way of said UP River Road, a distance of 202.94 feet to a found 5/8 inch iron rod for the Southwest corner of this tract;

THENCE, N 59° 24' 22" E, a distance of 118.92 feet to a found 5/8 inch iron rod for a Westerly corner of this tract;

THENCE, N 36° 17' 51" E, a distance of 828.52 feet to a found 5/8 inch iron rod for an inside corner of this tract;

THENCE, N 61° 40' 41" W, a distance of 349.23 feet to a found 5/8 inch iron rod for a Westerly corner of this tract;

THENCE, N 54° 12' 38" W, a distance of 170.25 feet to a found 5/8 inch iron rod in the Easterly boundary line of railroad right-of-way in the name of Missouri Pacific Railroad, for a Westerly corner of this tract;

THENCE, N 36° 16' 31" E, along the Easterly boundary of said railroad right-of-way in the name of Missouri Pacific Railroad, a distance of 898.02 feet to a set 5/8 inch iron rod at the beginning point of a curve to the right, for a westerly corner of this;

THENCE, in a Northeasterly direction, along said curve to the right with a long chord bearing on N 67 56' 56" E and whose radius is 917.28 feet and whose central angle is 63° 19' 04" a curve distance of 1013.69 feet to a set 5/8 inch iron rod at the Southerly boundary line of another railroad, (now Missouri Pacific) for a Northerly corner of this tract;

THENCE, S 68° 23' 17" E, along the Southerly boundary line of said S.A. & U.G. Railroad right-of-way, a distance of 83.70 feet to the POINT OF BEGINNING, said containing 21.323 acre of land, more or less.

**TRACT XI:**

Being 2.071 acres of land, more or less, out a Berry Contracting, Inc., 54.070 acre tract recorded in Volume 1547, Page 373, Deed Records of Nueces County, Texas, and this 2.071 acre tract being more particularly described by metes and bounds as follows:

BEGINNING at a found 5/8 inch iron rod at the intersection of the Westerly boundary line of said 54.070 acre tract, with the Southerly boundary line of a right-of-way of the S.A. & U.S

Railroad (now Missouri Pacific Railroad) for the Northwest corner of this tract and the POINT OF BEGINNING of this description;

THENCE, S 64 °, 14 , 43  E, along the Southerly Boundary line of the Right-of-way said S.A. & U.S. Railroad, 13.86 feet to a set 5/8 inch iron rod for a corner of this tract the beginning of a curve to the left;

THENCE, in a southerly direction along said curve whose radius is 5559.94 feet and whose central angle is 04 °, 09 , 34  a distance of 403.63 feet to a set 5/8 inch iron rod at the end of said curve for a corner of this tract;

THENCE, S 68° 23' 17" E, along the Southerly boundary line of the right-of-way of said S.A. & U.S. Railroad, 14.62 feet to a set 5/8 inch iron rod at the intersection of another right-of-way for the Missouri Pacific Railroad, for the Northeast corner of this tract;

THENCE, Southwesterly with a curve to the left and with the Northwesterly right-of-way line of said Missouri Pacific Railroad, said curve having a radius of 977.28 feet, a central angle of 39° 06' 37", a long chord bearing of S 68° 42' 30" W, a curve length of 667.10 feet, to a set 5/8 inch iron rod for the Southeast corner of this tract;

THENCE, N 53° 38' 40" W, 71.38 feet, to a found 5/8 inch iron rod for the Southwest corner of this tract;

THENCE, N 36° 21' 20" E, 457.93 feet, to the POINT OF BEGINNING and containing 2.071 acres of land, more or less.