UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 18-21924-CIV-MORENO

WORLDSPAN MARINE INC., a Canadian
corporation, CSPAN FINANCIAL, LLC, a
Florida limited liability company, and
WEDMORE FINANCIAL, LLC, a Florida
limited liability company,

        Plaintiffs,

vs.

COMERICA BANK, a Texas banking
association KURT YOUNKER, an individual,
BARRY SHAW, an individual, CYNTHIA
JONES, an individual, HARRY SARGEANT
III, an individual, DEBORAH SARGEANT,
an individual, MERVYN MONGER, an
individual, and KEVIN KIRKEIDE, an
individual,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION AND DISMISSING CASE WITH PREJUDICE

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Defendants' Motions to Dismiss Amended Complaint, filed on **June 21, 2019**. The Magistrate Judge filed a Report and Recommendation **(D.E. 129)** on **February 27, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Plaintiffs have now had multiple chances to

allege their claims against the Defendants but have failed to cure the deficiencies identified in their original complaint. The amended complaint, like the original complaint, still comprises an impermissible shotgun pleading and fails to state a claim for which relief can be granted.

Accordingly, it is

**ADJUDGED** that Defendants' Motions to Dismiss Amended Complaint are **GRANTED**, and the case is **DISMISSED** with **PREJUDICE**.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st of March 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record