UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **18-21924-CIV-MORENO**

WORLDSPAN MARINE INC., et al.,

    Plaintiffs,

vs.

COMERICA BANK, et al.,

    Defendants.

_____/

## ORDER DENYING DEFENDANTS' MOTION FOR SANCTIONS AND ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATIONS

THE MATTER was referred to the Honorable Jonathan Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Defendants' Renewed Motion For Sanctions **(D.E. 160)**, filed on **April 7, 2022**. The Magistrate Judge filed a Report and Recommendation **(D.E. 167)** on **October 15, 2022**. The Court has reviewed the entire file and record. No objections to the Magistrate's Report and Recommendations have been timely made by the Parties, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendants' Renewed Motion for Sanctions is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd of November 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Lauren F. Louis
Counsel of Record